■ RENAD, INC., Doing Business as RAINTREE'S, Respondent, v GRANA, LTD., et al., Appellants. (Appeal No. 2.)—Order unanimously reversed on the law without costs and application denied. Same memorandum as in Renad, Inc. v Grana, Ltd. ([appeal No. 1] 127 AD2d 994 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Patlow, J.—contempt.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.